01
02
03
04
05
06                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
07                                     AT SEATTLE

08  UNITED STATES OF AMERICA,           )
                                        )   CASE NO. CR08-122-JLR
09          Plaintiff,                  )
                                        )
10      v.                              )
                                        )   SUMMARY REPORT OF U.S.
11  DONNY GREEN,                        )   MAGISTRATE JUDGE AS TO
                                        )   ALLEGED VIOLATIONS
12          Defendant.                  )   OF SUPERVISED RELEASE
    _____ )
13

14      An initial hearing on supervised release revocation in this case was scheduled before me

15  on February 25, 2013.  The United States was represented by AUSA John McNeil and the

16  defendant by Kyana Stephens.  The proceedings were digitally recorded.

17      Defendant had been sentenced on or about September 12, 2007 in the District of Utah

18  by the Honorable Ted Stewart on a charge of Conspiracy to Transport Stolen Securities, and

19  sentenced to 27 months custody, 3 years supervised release.

20      The conditions of supervised release included the standard conditions plus the

21  requirements that defendant maintain a suitable residence and not move without permission,

22  maintain employment, provide access to all requested financial information, and submit to

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

search. (Dkt. 3 at 3-9.)

Jurisdiction of this case was transferred to this District on April 21, 2008 (Dkt. 1.) On November 27, 2012, defendant's probation officer reported that defendant tested positive for marijuana. Defendant was placed in a structured testing program and reprimanded. No further action was taken at the time. (Dkt. 4.)

In an application dated January 31, 2013 (Dkt.5, 6), U.S. Probation Officer Analiese D. Johnson alleged the following violation of the conditions of supervised release:

1. Using marijuana on or about December 17 and 20, 2012, and January 2, 8, 17, and 25, 2013, in violation of standard condition 7.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the violation and waived any evidentiary hearing as to whether it occurred. (Dkt. 9.)

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Robart.

Pending a final determination by the Court, defendant has been released on the conditions of supervision.

DATED this 25th day of February, 2013.

Mary Alice Theiler
United States Magistrate Judge

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

cc:   District Judge:         Honorable James L. Robart
      AUSA:                   John McNeil
      Defendant's attorney:   Kyana Stephens
      Probation officer:      Analiese Johnson

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3